UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TYRONE GILL,

    Plaintiff,

        v.                                         Case No. 13-cv-802-JPG-PMF

MICHAEL ATCHISON, JACQUFLIN
LASHBROOK, SGT. HASEMEYER and
OFFICER HECHT,

    Defendants.

## MEMORANDUM AND ORDER

    This matter comes before the Court on plaintiff Tyrone Gill's motion for reconsideration (Doc. 21) of Magistrate Judge Philip M. Frazier's orders denying his motions for recruitment of counsel and for reconsideration of those decisions (Docs. 10, 14 &20). The Court construes Gill's current motion as an objection to Magistrate Judge Frazier's orders pursuant to 28 U.S.C. §636(b)(1). A district court reviewing a magistrate judge's decision on nondispositive issues should modify or set aside that decision if it is clearly erroneous or contrary to law. See Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). Accordingly, the Court will affirm Magistrate Judge Frazier's decision unless his factual findings are clearly erroneous or his legal conclusions are contrary to law. *Id.*

    Magistrate Judge Frazier declined to recruit counsel for Gill because, although he is indigent and has made reasonable efforts to retain counsel on his own, he appears competent to proceed without counsel at the early phases of this litigation. Magistrate Judge Frazier left the door open for a further request if Gill's circumstances changed or at later stages of the litigation where it may become more complicated.

    The Court finds that Magistrate Judge Frazier's orders are not clearly erroneous or contrary

to law.    Accordingly, the Court **AFFIRMS** Magistrate Judge Frazier's decisions (Docs. 10, 14 &

20 and **OVERRULES** Gill's objection (Doc. 21).

**IT IS SO ORDERED.**
**DATED: March 19, 2014**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
