IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TYRONE GILL,

    Plaintiff,

vs.

JACQUELIN LASHBROOK,

    Defendant.

Case No. 13-cv-802-SMY-PMF

## MEMORANDUM AND ORDER

In light of the Seventh Circuit's opinion in *Perez v. Fenoglio*, No. 12-3084, 2015 WL 4092294 (7th Cir. July 7, 2015), the Court **RECONSIDERS** and **GRANTS** Plaintiff's Motions for Recruitment of Counsel (Docs. 3 & 11). Pursuant to Local Rule 83.1(i), the Court **APPOINTS** attorney Jonathan R. Waldron to represent Plaintiff in this Court for all proceedings. The Clerk of Court is **DIRECTED** to send the standard letter concerning appointment of counsel to attorney Waldron.

**IT IS SO ORDERED.**

**DATED:** July 22, 2015

                                            s/ Staci M. Yandle
                                            **STACI M. YANDLE**
                                            **DISTRICT JUDGE**